964 P.2d 477

ARIZONA DEPT. OF PUBLIC SAFETY, Arizona Dept. of Corrections, et al.,

v.

Hon. B. Michael DANN, Maricopa County Superior Court, Kenneth J. Falcone, et al.

No. CV–98–0030–PR.

Supreme Court of Arizona.

Sept. 10, 1998.

The following action was taken by the Supreme Court of the State of Arizona on September 10, 1998, in regard to the above-referenced cause:

ORDERED: Petition for Review by the Supreme Court—DENIED.

ZLAKET, C.J. and FELDMAN, J., voted to hear oral argument on this case.